# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202100132** |
| *Appellee* | |
| | **Panel 1** |
| v. | |
| | **ORDER** |
| **Joshua K. SNELL** | |
| **Corporal (E-4)** | *Granting Appellant's Motion* |
| **U.S. Marine Corps** | *to Withdraw Case from* |
| *Appellant* | *Appellate Review* |

Upon consideration of Appellant's Motion to Withdraw Case from Appellate Review, filed on 14 October 2021, we have determined that Appellant's request was properly executed and submitted, and is in substantial compliance with Article 61, Uniform Code of Military Justice, 10 U.S.C. § 861, and Rule for Courts-Martial 1115.

Accordingly, it is, by the Court, this 18th day of October 2021,

**ORDERED:**

(1) That Appellant's Motion to Withdraw Appellate Review is **GRANTED**.

(2) That the record of trial is returned to the Judge Advocate General for appropriate disposition.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
45 (LCDR Stoebner)
46
02